UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERYL HUBBELL,

        Plaintiff,

                                  CASE NO. 14-13897
v.                               HON. GEORGE CARAM STEEH

FEDEX SMARTPOST, INC.,

        Defendant.
_____/

ORDER PERMITTING DEFENDANT'S
EXPERT WITNESS AND REOPENING DISCOVERY

On January 9, 2017, the Court held a pretrial conference. For the reasons stated on the record, the trial is adjourned until June 1, 2017. This timeline alters the Court's proportionality analysis in its prior opinion and order excluding defendant's expert witness, Dr. Nitin Paranjpe. (Doc. 46). Therefore, for the reasons stated on the record, the Court sets aside its prior ruling on Paranjpe's testimony and will permit him to testify for defendant.

The Court will reopen discovery for the limited purpose of permitting plaintiff to depose Paranjpe before April 30, 2017. Plaintiff may also select

her own expert witness to rebut Paranjpe. Any such witness must be named and a report furnished no later than 60 days before the scheduled trial date.

IT IS SO ORDERED.

Dated: January 10, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 10, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---