5



FILED

JUN - 9 2017

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

SHERYL HUBBELL,

   Plaintiff,

            CASE NO. 14-13897
v.           HON. GEORGE CARAM STEEH

FEDEX SMARTPOST, INC.,

   Defendant.

_____/

## VERDICT FORM

1

## A. Gender Discrimination

1. Has Plaintiff Hubbell shown, by a preponderance of the evidence, that one of the reasons that Defendant FedEx demoted or discharged Plaintiff Hubbell was because of her gender?

Yes _____.  No __✓__.

*Proceed to Question 2.*

## B. Retaliation

2. Has Plaintiff Hubbell shown, by a preponderance of the evidence that Defendant FedEx took adverse employment action against Plaintiff Hubbell because she complained of gender discrimination to Defendant FedEx's Human Resources department; filed an EEOC charge complaining about gender discrimination; or filed a lawsuit.

Yes __✓__.  No _____.

*Proceed to Question 3 only if you answered yes to Question 1 or Question 2. If you answered no to Question 1 and Question 2, the foreperson should sign the verdict form and return it to the Bailiff or Marshall.*

2

## C. Damages

3. Did Plaintiff Hubbell suffer any economic loss damages as a result of Defendant FedEx's actions?

Yes __✓__. No _____.

*Proceed to Question 4 only if you answered yes to Question 3. If you answered no to Question 3, the foreperson should sign the verdict form and return it to the Bailiff or Marshall.*

4. What amount, if any, do you award Plaintiff Hubbell for economic damages to the date of this verdict?

Amount: $ 32,100 .

5. Do you find that Plaintiff Hubbell will sustain economic damages in the future?

Yes __✓__. No _____.

*Proceed to Question 6 only if you answered yes to Question 5. If you answered no to Question 5, proceed to Question 7.*

6. What amount, if any, do you award Plaintiff Hubbell for economic damages that she will sustain in the future?

Amount: $ 53,500 .

*Proceed to Question 7.*

3

7. Do you find that Plaintiff Hubbell suffered any non-economic damages as a result of Defendant FedEx's actions?

Yes ___✓___. No _____.

*Proceed to Question 8 only if you answered yes to Question 7.   If you answered no to Question 7, proceed to Question 9.*

8. What amount, if any, do you award Plaintiff Hubbell for non-economic damages?

Amount: $ __30,000__.

*Proceed to Question 9.*

9. Has Plaintiff Hubbell shown that Defendant FedEx engaged in discrimination or retaliatory practice with malice or reckless indifference to Plaintiff Hubbell's federally protected rights?

Yes ___✓___. No _____.

*Proceed to Question 10 only if you answered yes to Question 9.   If you answered no to Question 9, the foreperson should sign the verdict form and return it to the Bailiff or Marshall.*

10. Has Defendant FedEx shown that it made a good-faith effort to comply with the law prohibiting gender discrimination?

Yes . No ___✓___.

D.C.

4

*Proceed to Question 11 only if you answered no to Question 10.  If you answered yes to Question 10, the foreperson should sign the verdict form and return it to the Bailiff or Marshall.*

11. What amount, if any, do you award for punitive damages on Plaintiff Hubbell's claims?

Amount: $ 403,950.

**s/Jury Foreperson**

In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

Dated: June 9, 2017

5